**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 19, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-10-00382-CV

**HMG PARK MANOR OF QUAIL VALLEY, LLC D/B/A PARK MANOR OF QUAIL VALLEY AND PARK MANOR OF QUAIL VALLEY, Appellants**

**V.**

**AURELIA SANDERS, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF DOROTHY M. TERRY, DECEASED, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-176231**

## MEMORANDUM OPINION

This appeal is from an order signed March 29, 2010. On July 2, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges, and Justices Seymore and Brown.